# United States District Court

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA **APPEARANCE**

**V.** **Case Number CR07-09 ML**

CARLOS ORTIZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CARLOS ORTIZ

I certify that I am admitted to practice in this court.

Date: January 27, 2007

Signature /s/ Mark L. Smith

Mark L. Smith, Esquire #0676
176 Eddie Dowling Highway
North Smithfield, Rhode Island
02896
phone 401.769.4120 fax 401.597.0997
email lawmls@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2007, I caused this Entry of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Signature /s/ Mark L. Smith
Mark L. Smith, Esquire #0676
176 Eddie Dowling Highway
North Smithfield, Rhode Island
02896
phone 401.769.4120 fax 401.597.0997
email lawmls@aol.com

Electronic notification:

**Peter DiBiase**
91 Friendship St.
3rd Floor
Providence, RI 02903
831-5020
Fax: 421-0876
Email: attorney_pad@yahoo.com

**Gerard B. Sullivan**
**Dulce Donovan**
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000
Fax: 709-5001
Email: gerard.sullivan@usdoj.gov
dulce.donovan@usdoj.gov