UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. CR 07-00009-T-DLM-2 |
| | ) | |
| JOHN R. KRAMER and | ) | |
| CARLOS ORTIZ | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Carlos Ortiz hereby moves that Thomas R. Kiley be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Carlos Ortiz, Defendant

/s/ Mark L. Smith

Mark L. Smith
Bar ID No. 0676
Address: 176 Eddie Dowling Highway
North Smithfield, RI 02896
401.769.4120
Fax: 401.597.0997
Email lawmls@aol.com

Dated: January 30, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s): District Courts of Massachusetts and District of Columbia; First Circuit and District of Columbia Circuits, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

______/s/Thomas R. Kiley___________________
Signature of *Pro Hac Vice* Applicant

Thomas R. Kiley Mass. #271460_________
Print Name State Bar ID #
Cosgrove, Eisenberg and Kiley, P.C.__________
Firm Name
One International Place, Suite 1820
Boston, MA 02110________________________
Business Address
617.439.7775 617.330.8774__________
Tel. # Fax #
Email Trkiley159@aol.com

I certify that I have read and joint in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

___/s/ Mark L. Smith______________________
Signature of Local Counsel

Mark L. Smith__________0676_____________
Print Name R.I. Bar I.D.

176 Eddie Dowling Highway________________
Firm and Business Address

North Smithfield, RI 02896_________________

Tel. # 401.769.4120 Fax # 401.597-0997
Email lawmls@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2007, I caused this Entry of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Signature /s/ Mark L. Smith
Mark L. Smith, Esquire #0676
176 Eddie Dowling Highway
North Smithfield, Rhode Island
02896
phone 401.769.4120 fax 401.597.0997
email lawmls@aol.com

Electronic notification:
**Peter DiBiase**
91 Friendship St. 3rd Floor
Providence, RI 02903
831-5020 Fax: 421-0876
Email: attorney_pad@yahoo.com

**Gerard B. Sullivan**
**Dulce Donovan**
U.S. Attorney's Office
50 Kennedy Plaza 8th Floor
Providence, RI 02903
709-5000 Fax: 709-5001
Email: gerard.sullivan@usdoj.gov
dulce.donovan@usdoj.gov

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

This motion is hereby ____________________________________________________

___________________________________
District Judge

Date: