**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. No: 07-009L |
| | ) |
| JOHN R. KRAMER and | ) |
| CARLOS ORTIZ | ) |

## GOVERNMENT'S PROPOSED AMENDMENT OF INDICTMENT

The United States seeks to amend the Indictment in this case to correct certain clerical and technical errors. The defendants, John R. Kramer and Carlos Ortiz hereby represent that they have no objection to the United States amending the Indictment pending against them to correct these technical and clerical errors. The amended paragraphs will read:

7. CVS was a corporation that was incorporated under the laws of the State of **Delaware** for the purpose of being a retail pharmacy chain. KRAMER and ORTIZ worked at CVS headquarters which is located in Woonsocket, Rhode Island.

20. **Between on or about April 12, 1999 and April 23, 1999 ORTIZ approved a request for a $100 PAC check to purchase a ticket for KRAMER to attend a Celona fund raiser. On April 23, 1999, the check was issued by CVS payable to the "Senator John A. Celona Committee."** Thereafter, KRAMER and ORTIZ caused CVS to regularly purchase tickets for them to attend Celona fund raisers.

49. **On or about March 27, 2000, KRAMER instructed ORTIZ, in a handwritten notation on an invitation to a Celona fund raiser, "Carlos, we should attend - either you or me." ORTIZ subsequently authorized a $100 PAC check to purchase a ticket for KRAMER.**

The United States will prepare and file a conforming AMENDED INDICTMENT prior to the start of trial in this case.

| | |
|---|---|
| ____________________________<br>GERARD B. SULLIVAN<br>ASSISTANT U.S. ATTORNEY | ____________________________<br>DATE |
| ____________________________<br>PETER DIBIASE, ESQ.<br>COUNSEL FOR DEFENDANT | ____________________________<br>DATE |
| ____________________________<br>DAVID FEIN, ESQ.<br>COUNSEL FOR DEFENDANT | ____________________________<br>DATE |
| ____________________________<br>MARK SMITH, ESQ.<br>COUNSEL FOR DEFENDANT | ____________________________<br>DATE |
| ____________________________<br>THOMAS KILEY, ESQ.<br>COUNSEL FOR DEFENDANT | ____________________________<br>DATE |