Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Gerard B. Sullivan, AUSA
RE: CR07-009ML

United States of America v John R. Kramer, et al

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on **6/11/07** ,and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

✓ 1. Pleadings, motions, other papers are not signed in accordance with Administrative Procedure 9(c) (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

____ 2. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

____ 3. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

✓ 4. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

____ 5. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

____ 6. All Checks must be made payable to **Clerk, U.S. District Court**.

____ 7. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

____ 8. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

____ 9. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1).

____ 10. Attorneys must register as a filing user within 20 days from filing their first document conventionally in accordance with Administrative Procedure 2(d). Attorneys must request in writing an exemption from filing electronically in accordance with Administrative Procedure 2(c).

ENTER:

David L Martin

United States Magistrate Judge
cc: Counsel of Record

Date: 6-11-07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. No: 07-009L |
| | ) |
| JOHN R. KRAMER and | ) |
| CARLOS ORTIZ | ) |

## GOVERNMENT'S PROPOSED AMENDMENT OF INDICTMENT

The United States seeks to amend the Indictment in this case to correct certain clerical and technical errors. The defendants, John R. Kramer and Carlos Ortiz hereby represent that they have no objection to the United States amending the Indictment pending against them to correct these technical and clerical errors. The amended paragraphs will read:

7. CVS was a corporation that was incorporated under the laws of the State of **Delaware** for the purpose of being a retail pharmacy chain. KRAMER and ORTIZ worked at CVS headquarters which is located in Woonsocket, Rhode Island.

20. **Between on or about April 12, 1999 and April 23, 1999 ORTIZ approved a request for a $100 PAC check to purchase a ticket for KRAMER to attend a Celona fund raiser. On April 23, 1999, the check was issued by CVS payable to the "Senator John A. Celona Committee."** Thereafter, KRAMER and ORTIZ caused CVS to regularly purchase tickets for them to attend Celona fund raisers.

49. **On or about March 27, 2000, KRAMER instructed ORTIZ, in a handwritten notation on an invitation to a Celona fund raiser, "Carlos, we should attend - either you or me." ORTIZ subsequently authorized a $100 PAC check to purchase a ticket for KRAMER.**

The United States will prepare and file a conforming AMENDED INDICTMENT prior to the start of trial in this case.

GERARD B. SULLIVAN
ASSISTANT U.S. ATTORNEY

DATE

PETER DIBIASE, ESQ.
COUNSEL FOR DEFENDANT

DATE

DAVID FEIN, ESQ.
COUNSEL FOR DEFENDANT

DATE

MARK SMITH, ESQ.
COUNSEL FOR DEFENDANT

DATE

THOMAS KILEY, ESQ.
COUNSEL FOR DEFENDANT

DATE