**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. No: 07-009ML |
| | ) |
| JOHN R. KRAMER and | ) |
| CARLOS ORTIZ | ) |

**GOVERNMENT'S PROPOSED AMENDMENT OF INDICTMENT**

The United States seeks to amend the Indictment in this case to correct certain clerical and technical errors. The defendants, John R. Kramer and Carlos Ortiz hereby represent that they have no objection to the United States amending the Indictment pending against them to correct these technical and clerical errors. The amended paragraphs will read:

7. CVS was a corporation that was incorporated under the laws of the State of **Delaware** for the purpose of being a retail pharmacy chain. KRAMER and ORTIZ worked at CVS headquarters which is located in Woonsocket, Rhode Island.

20. **Between on or about April 12, 1999 and April 23, 1999 ORTIZ approved a request for a $100 PAC check to purchase a ticket for KRAMER to attend a Celona fund raiser. On April 23, 1999, the check was issued by CVS payable to the "Senator John A. Celona Committee."** Thereafter, KRAMER and ORTIZ caused CVS to regularly purchase tickets for them to attend Celona fund raisers.

49. **On or about March 27, 2000, KRAMER instructed ORTIZ, in a handwritten notation on an invitation to a Celona fund raiser, "Carlos, we should attend - either you or me." ORTIZ subsequently authorized a $100 PAC check to purchase a ticket for KRAMER.**

The United States will prepare and file a conforming AMENDED INDICTMENT prior to the start of trial in this case.

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
ASSISTANT U.S. ATTORNEY

______________________________
DATE

/s/ PETER DIBIASE
PETER DIBIASE, ESQ.
COUNSEL FOR DEFENDANT

______________________________
DATE

/s/ DAVID FEIN
DAVID FEIN, ESQ.
COUNSEL FOR DEFENDANT

______________________________
DATE

/s/ MARK SMITH
MARK SMITH, ESQ.
COUNSEL FOR DEFENDANT

______________________________
DATE

/s/ THOMAS KILEY
THOMAS KILEY, ESQ.
COUNSEL FOR DEFENDANT

______________________________
DATE

CERTIFICATE OF E-FILING

I hereby certify that on this 14th day of June, 2007, I caused the within Government's Proposed Amendment of Indictment to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

David B. Fein, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06911

Mark L. Smith
Law Offices of Mark L. Smith
176 Eddie Dowling Highway, Suite 101
North Smithfield, RI 02896

Thomas R. Kiley, Esq.
Cosgrove, Eisenberg and Kiley
One International Place, Suite 1820
Boston, MA 02110

Peter DiBiase, Esq.
91 Friendship Street, 3rd Floor
Providence, RI 02903

/S/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant United States Attorneys
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 - phone
(401)709-5001 - fax
gerard.sullivan@usdoj.gov