**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR 07-09-01 (MML) |
| v. | : | |
| | : | October 26, 2007 |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

---------------------------------------------------x

**JOINT MOTION FOR AN ORDER**
**AUTHORIZING THE ISSUANCE OF PRETRIAL SUBPOENAS**
**PURSUANT TO FED. R. CRIM. P. 17(C) AND LOCAL RULE 17**

Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and Rule 17 of the Local Rules of the District Court for the District of Rhode Island, the Government and defendants John R. Kramer and Carlos Ortiz hereby jointly submit this Motion for an Order authorizing the issuance of subpoenas *duces tecum* to third parties calling for the pretrial production of documents.

In support of this Motion, the parties submit that Rule 17(c) of the Federal Rules of Criminal Procedure and Rule 17 of the Local Rules of the District Court for the District of Rhode Island authorize pretrial subpoenas. The parties further submit that the issuance of pretrial subpoenas is necessary to gather specific and relevant evidentiary documents from third parties for use at trial.

By agreement, the parties request that the authorization be subject to the following terms:

1. Any subpoenas served will have a return date of no earlier than 30 days after the service of the subpoena;

2. A party serving a subpoena shall simultaneously serve copies of the subpoena on all counsel of record;

3. The subpoenas may call for the production of documents directly to the attorney issuing the subpoena, provided that the documents are made available for inspection and copying by counsel for the other parties in this case; and

4. The Government and the defendants reserve the right to move to intervene and quash any such third-party subpoena, as well as the right to oppose a motion to intervene and quash any such subpoena.

WHEREFORE, the Government and the defendants respectfully request that the Court enter an Order authorizing the issuance of pretrial subpoenas *duces tecum*; and grant such other relief as is just and proper.

STATEMENT PURSUANT TO LOCAL RULE 12 (f)

The filing and disposition of this motion constitutes excludable time as defined by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the disposition of this motion. No motions dealing with the same subject matter have been filed in the past.

Respectfully submitted,

Dated: October 26, 2007

/s/ Gerard B. Sullivan
Gerard B. Sullivan
Assistant United States Attorney
United States Attorney's Office for the
District of Rhode Island
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

/s/ David B. Fein
David B. Fein
Scott D. Corrigan
WIGGIN AND DANA LLP
400 Atlantic Avenue
Stamford, CT 06911-0325
tel: 203-363-7603
fax: 203-363-7676

/s/ Mark L. Smith
Mark L. Smith
LAW OFFICES OF MARK L. SMITH
127 Dorrance Street
Providence, RI 02903
tel: 401-272-1432
fax: 401-272-1503

Peter DiBiase
91 Friendship Street
Suite 3
Providence, RI 02903-3837
tel: 401-831-5020
fax: 401-421-0876

Thomas R. Kiley
COSGROVE, EISENBERG AND KILEY
One International Place
Suite 1820
Boston, MA 02110
tel: 617-439-7775
fax: 617-330-8774

*Attorneys for Defendant*
*John R. Kramer*

*Attorneys for Defendant*
*Carlos Ortiz*

## CERTIFICATE OF SERVICE

I, **Scott D. Corrigan**, certify that on the 26th day of October, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by email to the following party by operation of the Court's electronic filing system:

- **Gerard B. Sullivan**
  gerard.sullivan@usdoj.gov