Revised 11/07

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: **MJ Martin**

RE: **CR 07-009-02ML**

**USA** v **Kramer/Ortiz**

## ORDER

I have reviewed your document(s) presented to the Clerk's Office on **12/10/07** ,and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

______ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed in accordance with Administrative Procedure 9(c) (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

____ 2. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

____ 3. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 4. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

____ 5. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

____ 6. All Checks must be made payable to **Clerk, U.S. District Court.**

____ 7. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

____ 8. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

____ 9. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1)).

____ 10. Separate Statement of Undisputed Facts must be filed with a motion for summary judgment (DRI LR Cv 56(a)).

**X** 11. **Document violates privacy act and must be redacted per Judge Lisi**

ENTER:
David L Martin
United States Magistrate Judge
cc: Counsel of Record

Date: 12-13-07

Clerk's Office will make a workstation available at the Courthouse to any Filing User who needs assistance with Electronic Filing. Of course, the Court may withdraw an exemption at any time during the pendency of a case and require the attorney to file documents electronically thereafter using ECF.

**(d) One-Time Exemption.** An attorney who is not a Filing User may conventionally file documents on behalf of a client in an ECF case without leave of the Court for 20 days from the filing of the first document by the attorney. However, within that 20 day period, the attorney must register as a Filing User, or seek an exemption under AP 2(c) above. The Court offers ECF training sessions as well as computer-based training modules for attorneys and their staff. Information regarding ECF training and support can be obtained from the Clerk's Office and can be found on the Court's web site at www.rid.uscourts.gov .

**(e) Attorneys in Removal Cases.** An attorney who is not a member of the bar of this Court but who is permitted to appear and practice in this Court pursuant to the provisions of LR Gen 201(b)(3) may, but is not required to, register as a Filing User and file documents electronically using ECF.

**(f) Pro Se Litigants.** All pro se litigants shall conventionally file and serve all documents in accordance with the provisions of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this Court.

## 3. SCOPE OF ELECTRONIC FILING

**(a) Applicability.** Except as provided in AP 2 and AP 4, all documents submitted for filing in civil and criminal cases by an attorney who has been admitted to the bar of this Court or allowed to practice before this Court, regardless of the commencement date of the action, shall be Electronically Filed in PDF format using ECF. Documents filed electronically constitute filing with the Court as defined in Fed.R.Civ.P. 5(e) and Fed.R.Crim.P. 49(d).

**(b) Privacy.** In compliance with the policy of the Judicial Conference of the United States and in order to address the privacy concerns created by Internet access to court documents, parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all documents filed with the Court, including exhibits thereto, **whether filed electronically or in paper**, unless otherwise ordered by the Court:

(1) MINORS' NAMES: Use of the minors' initials only;
(2) SOCIAL SECURITY NUMBERS: Use of the last four numbers only;
(3) DATES OF BIRTH: Use of the year of birth only;

(4) FINANCIAL ACCOUNT NUMBERS: Identify the type of account and the financial institution, but use only the last four numbers of the account number; and

(5) HOME ADDRESSES: Use the city and state only.

Note: It is the responsibility of each Filing User - and NOT the Clerk's Office - to review each document to determine if pleadings must be modified and are in the proper form.

## 4. SPECIAL FILING REQUIREMENTS AND EXCEPTIONS.

### (a) Civil and Miscellaneous Case Opening Documents.

(1) Civil case opening documents, such as a complaint, petition and notice of removal, together with a summons and civil cover sheet, shall be filed conventionally. Also, documents seeking emergency relief under LR Civ 9, such as a request for a temporary restraining order, shall be filed conventionally. The case will be assigned and opened electronically by the Clerk's Office, and the documents submitted will be incorporated into the electronic case file.

(2) The Clerk's Office will return by regular mail the signed and sealed summonses to counsel for the plaintiff for service of process. A party may not electronically serve a civil complaint, but shall effect service in accordance with Fed.R.Civ.P. 4.

(3) Miscellaneous case opening documents shall be filed conventionally along with the prescribed filing fee.

### (b) Other Documents

(1) The following documents **must be conventionally filed and will <u>not</u> appear in the electronic case file:**

(A) Motions to file documents under seal and documents filed under seal (See LR Gen 102);
(B) Administrative records in social security cases, IDEA cases and in other administrative review proceedings;
(C) The state court record and other Rule 5 materials in habeas corpus cases filed in 28 U.S.C. §2254 proceedings;
(D) The state court record in Notice of Removal actions;
(E) *Ex parte* motions and applications;
(F) Attachments larger than 2.5 megabytes; and
(G) Consent to Proceed Before a Magistrate Judge.