**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO. 07-009ML |
| | : | |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

**MOTION TO AMEND TERMS OF RELEASE**

Now comes Carlos Ortiz and moves this Court to amend the conditions of his release in the above-entitled matter to allow him to travel to Ludlow, Vermont and further to travel to Detroit, Michigan stating as his reasons and grounds:

**Ludlow Vermont**

1. That Carlos Ortiz and his wife are friendly with their neighbor Mary Taft.
2. Mary Taft has invited Carlos Ortiz and his wife to spend the New Year's weekend at her condominium home in Ludlow, Vermont.
3. The actual address and contact phone numbers have been provided to Federal Probation.
4. Mr. Ortiz intends to leave for Vermont on December 28, 2007 and return to his home in Massachusetts on January 2, 2008.
5. That if the Court permits the within travel request, the Defendant will comply with any and all conditions that the Probation Department may deem necessary to accomplish his supervision in Vermont and prior to his departure will advise his probation officer as to exactly when the his departure would begin.
6. That the Government has been advised of this travel request and has no objection to it being granted.

**Detroit Michigan**

7. That Carlos Ortiz has family residing in Detroit, Michigan.

8. That Carlos Ortiz and his spouse have been invited to Detroit for a family gathering at the end of January 2008.

9. The defendant is requesting to leave his home in Amherst, Massachusetts and drive to Detroit with his spouse.

10. The defendant has furnished the location of the address in Michigan and contact phone numbers to Federal Probation.

11. Mr. Ortiz intends on leaving Massachusetts on January 21, 2008 and returning on January 28, 2008.

12. That if the Court permits the within travel request, the Defendant will comply with any and all conditions that the Probation Department may deem necessary to accomplish his supervision in Vermont and prior to his departure will advise his probation officer as to exactly when the his departure would begin.

13. That the Government has been advised of this travel request and has no objection to it being granted.

WHEREFORE, Mr. Ortiz prays that this court amend the conditions of his bail release to allow him to travel to and remain in Vermont from December 28, 2007 through January 2, 2008 and to travel to and remain in Michigan from January 21, 2008 through January 28, 2008.

Respectfully submitted,

/s/ Mark L. Smith
Mark L. Smith
Law Offices of Mark L. Smith
176 Eddie Dowling Hwy.
Suite 101
North Smithfield, RI 02896
769-4120
Fax: 597-0997
Email: lawmls@aol.com

## CERTIFICATE OF E-FILING

I hereby certify that on December 10, 2007, I caused the within to be filed electronically and it is available for viewing and downloading from ECF system.

**Thomas R. Kiley**
Cosgrove Eisenberg & Kiley, P.C.
One International Place
Suite 1820
Boston, MA 02110
617-439-7775
Fax: 617-330-8774
Email: trkiley159@aol.com

**David B. Fein**
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06911-0325
203-363-7603
Fax: 203-363-7676
Email: dfein@wiggin.com

**Maureen Bradley**, Supervisor (sent via facsimile)
Probation Office
Two Exchange Terrace
Providence, RI 02903
752-7333
Email: Maureen_bradley@rip.uscourts.gov

**Scott D. Corrigan**
Wiggin and Dana LLP
450 Lexington Avenue
New York, NY 10017
212-551-2605

Fax: 212-490-0536
Email: scorrigan@wiggin.com

**Peter DiBiase**
91 Friendship St.
3rd Floor
Providence, RI 02903
831-5020
Fax: 421-0876
Email: attorney_pad@yahoo.com

**Gerard B. Sullivan**
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000
Fax: 709-5001
Email: gerard.sullivan@usdoj.gov

**AnnaLou Tirol**
Department of Justice
Criminal Division - Public Integrity
1400 New York Avenue, N.W.
Washington, DC 20530
202-514-1412
Email: AnnaLou.Tirol2@usdoj.gov

**Dan Petalas**
Department of Justice
Criminal Division - Public Integrity
1400 New York Avenue, N.W.
Washington, DC 20530
202-514-4625
Email: Dan.Petalas@usdoj.gov

**Peter Sprung**
Department of Justice
Criminal Division - Public Integrity
1400 New York Avenue, N.W.
Washington, DC 20530
202-514-1412
Email: Peter.Sprung@usdoj.gov

**Stephen G. Dambruch**
U.S. Attorney's Office

50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000
Fax: 709-5001
Email: stephen.dambruch@usdoj.gov

/s/ Mark L. Smith
Mark L. Smith