AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

CARLOS ORTIZ

## APPEARANCE

Case Number: 07-009-ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CARLOS ORTIZ

I certify that I am admitted to practice in this court.

3/20/2000
Date

Signature

/s/ Mark L. Smith
Print Name

0676
Bar Number

176 Eddie Dowling Highway
Address

North Smithfield
City

Rhode Island
State

02896
Zip Code

(401) 769-4120
Phone Number

(401) 597-0997
Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset