# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

CARLOS ORTIZ

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 07-09-02ML

RECEIVED
U.S. MARSHALS SERVICE
MAR 17 2008
District of Rhode Island

(Name and Address of Defendant)
CARLOS ORTIZ

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Room: Courtroom B |
| Before: David L. Martin, United States Magistrate Judge | Date and Time: Thursday, March 20, 2008 at 10:00 a.m. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1341, 1346, 666(a)(2)&2

Brief description of offense:
Scheme to Defraud and Conspiracy to Deprive Honest Services

Signature of Issuing Officer

March 17, 2008
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: THUR Date 3-20-08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USDC PROV RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3-20-08
Date

USM STALLWOOD
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2008 MAR 25 A 11: 29

FILED

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.