**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR 07-09-01 (MML) |
| v. | : | |
| | : | April 4, 2008 |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

## DEFENDANTS' MOTION TO STRIKE THE CONFLICT-OF-INTEREST PROSECUTION THEORY

Defendants John R. Kramer and Carlos Ortiz respectfully submit this Motion to Strike the Conflict-of-Interest Prosecution Theory. As set forth more completely in the accompanying Memorandum of Law, the defendants ask the court to exclude from this case any theory of prosecution based on the defendants' alleged concealment or nondisclosure of a conflict of interest.

Counsel for defendants have conferred in good faith with counsel for the United States to determine whether the relief sought by the defendants would be provided without the need for filing the motion. Despite conferring in good faith, counsel for defendants and the United States have been unable to resolve the dispute.

WHEREFORE, defendants John R. Kramer and Carlos Ortiz respectfully request that this Court issue an Order (1) striking all references to "conflict of interest" from the Superseding Indictment, and (2) precluding the government from pursuing a theory of prosecution based on concealment or nondisclosure of a conflict of interest.

Counsel for defendants hereby requests oral argument in connection with this motion, and estimate that one hour will be required for oral argument.

**STATEMENT PURSUANT TO LOCAL RULE 12(F)**

The filing and disposition of this motion constitutes excludable time as defined by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the disposition of this motion. No motions dealing with the same subject matter have been filed in the past.

Dated: April 4, 2008

Respectfully submitted,

JOHN R. KRAMER,
By his Attorneys,

/s/ Peter DiBiase

Peter DiBiase
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903-3819
(401) 831-5020
attorney_pad@yahoo.com

David B. Fein
Scott D. Corrigan
*Pro Hac Vice Counsel*
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06901
(203) 363-7600
(203) 363-7676 (fax)
dfein@wiggin.com
scorrigan@wiggin.com

CARLOS ORTIZ,

By his Attorneys,

/s/ Mark L. Smith
Mark L. Smith
176 Eddie Dowling Highway
North Smithfield, RI 02896
(401) 769-4120
Lawmls@aol.com

Thomas R. Kiley
*Pro Hac Vice Counsel*
Cosgrove, Eisenberg and Kiley, P.C.
One International Place, Suite 1820
Boston, Massachusetts 02110
(617) 439-7775
trkiley159@aol.com

**CERTIFICATE OF SERVICE**

I, **David B. Fein**, certify that on the 4th day of April, 2008, a copy of the foregoing document, the accompanying Memorandum of Law, and the accompanying Declaration of David B. Fein were filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by email to the following party by operation of the Court's electronic filing system:

- **Stephen G. Dambruch**
  stephen.dambruch@usdoj.gov

- **Daniel A. Petalas**
  Dan.Petalas@usdoj.gov

- **Gerard B. Sullivan**
  gerard.sullivan@usdoj.gov

- **Peter Sprung**
  peter.sprung@usdoj.gov

- **AnnaLou Tirol**
  annalou.tirol2@usdoj.gov