**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

----------------------------------------------------x
UNITED STATES OF AMERICA :
: CR 07-09-01 (MML)
v. :
: April 4, 2008
JOHN R. KRAMER and :
CARLOS ORTIZ :
----------------------------------------------------x

## DEFENDANT JOHN R. KRAMER'S MOTION TO PRECLUDE PRIOR TESTIMONY OF CO-DEFENDANT CARLOS ORTIZ OR, IN THE ALTERNATIVE, TO SEVER HIS TRIAL FROM THE TRIAL OF CARLOS ORTIZ

Defendant John R. Kramer respectfully submits this motion to preclude the prior grand jury testimony of Kramer's co-defendant, Carlos Ortiz. In the alternative, Kramer moves for an order pursuant to Rule 14 of the Federal Rules of Criminal Procedure severing Kramer's trial from the trial of Ortiz. As more fully explained in the accompanying Memorandum of Law, the admission of Ortiz's grand jury testimony at a joint trial will violate Kramer's rights under the Sixth Amendment.

WHEREFORE, defendant John R. Kramer respectfully requests that this Court issue an Order precluding the government from offering any of Ortiz's prior grand jury testimony at trial, or, in the alternative, an Order severing Kramer's trial from that of Ortiz.

Counsel for Kramer hereby request oral argument in connection with this motion, and estimate that one hour will be required for oral argument.

## STATEMENT PURSUANT TO LOCAL RULE 12(F)

The filing and disposition of this motion constitutes excludable time as defined by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the

disposition of this motion. No motions dealing with the same subject matter have been filed in the past.

Dated: April 4, 2008

Respectfully submitted,

JOHN R. KRAMER,
By his Attorneys,

/s/ Peter DiBiase

Peter DiBiase
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903-3819
(401) 831-5020
attorney_pad@yahoo.com

David B. Fein
Scott D. Corrigan
*Pro Hac Vice Counsel*
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06901
(203) 363-7600
(203) 363-7676 (fax)
dfein@wiggin.com
scorrigan@wiggin.com

## CERTIFICATE OF SERVICE

I, **David B. Fein**, certify that on the 4th day of April, 2008, a copy of the foregoing document and the accompanying Memorandum of Law were filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by email to the following party by operation of the Court's electronic filing system:

- **Stephen G. Dambruch**
  stephen.dambruch@usdoj.gov
- **Daniel A. Petalas**
  Dan.Petalas@usdoj.gov
- **Gerard B. Sullivan**
  gerard.sullivan@usdoj.gov
- **Peter Sprung**
  peter.sprung@usdoj.gov
- **AnnaLou Tirol**
  annalou.tirol2@usdoj.gov