**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN KRAMER<br>CARLOS ORTIZ | : | CR07-009ML |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

WARDEN
Federal Correctional Institution Loretto,
Rural Route 276,
Loretto, PA
AND/OR THE UNITED STATES MARSHAL, DISTRICT OF RHODE ISLAND

GREETINGS:

We command that you have the body of JOHN CELONA, now detained and under your custody at Federal Correctional Institution (FCI) Loretto, Rural Route 276, Loretto, PA, under safe and secure conduct, at the United States Courthouse in Providence, Rhode Island, on Monday, May 12, 2008. JOHN CELONA is to remain in the custody of the United States Marshal, and upon the completion of his testimony, to be returned to the Warden of FCI Loretto, Rural Route 276, Loretto, PA or an authorized representative of the Federal Correctional Institution.

David L Martin
DAVID L. MARTIN
United States Magistrate Judge

DATE: 4-28-08