IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. No. 07-009-ML |
| | : | |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ, | : | |
| Defendants | : | |

NOTICE OF APPEARANCE

Anthony M. Traini hereby enters his appearance on behalf of Carlos Ortiz in the above-entitled matter.

/s/ Anthony M. Traini
ANTHONY M. TRAINI (#4793)
amt@atrainilaw.com
56 Pine Street – Suite 200
Providence, RI 02903-2819
Tel. 401.621.4700
Fax 401.621.5888

Dated: May 2, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May 2008, I served a true copy of the within Notice of Appearance via electronic means (ECF) on Daniel Petalas, Assistant United States Attorney, and Stephen G. Dambruch, Chief, Criminal Division, at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ Anthony M. Traini