**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR 07-09-01 (MML) |
| v. | : | |
| | : | May 9, 2008 |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

## DEFENDANTS' MOTION IN LIMINE REGARDING EVIDENCE OF RHODE ISLAND STATE LAW

Defendants John R. Kramer and Carlos Ortiz respectfully submit this Motion in Limine Regarding Evidence of Rhode Island State Law. As set forth more completely in the accompanying Memorandum of Law, the defendants respectfully request that the Court permit the defendants to offer evidence of Rhode Island State statutes and regulations pertaining to the ethical conduct of public officials, for the purpose of demonstrating the defendants' lack of criminal intent.

WHEREFORE, defendants John R. Kramer and Carlos Ortiz respectfully request that this Court issue an Order permitting the defendants to offer evidence of Rhode Island State law pertaining to the ethical conduct of public officials.

Counsel for defendants hereby requests oral argument in connection with this motion, and estimate that ten minutes will be required for oral argument.

### STATEMENT PURSUANT TO LOCAL RULE 12(F)

The filing and disposition of this motion constitutes excludable time as defined by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the

disposition of this motion. No motions dealing with the same subject matter have been filed in the past.

Dated: May 9, 2008

Respectfully submitted,

JOHN R. KRAMER,
By his Attorneys,

/s/ Peter DiBiase______________

Peter DiBiase
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903-3819
(401) 831-5020
attorney_pad@yahoo.com

David B. Fein
Scott D. Corrigan
*Pro Hac Vice Counsel*
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06901
(203) 363-7600
(203) 363-7676 (fax)
dfein@wiggin.com
scorrigan@wiggin.com

CARLOS ORTIZ,

By his Attorneys,

/s/ Mark L. Smith_____________

Mark L. Smith
176 Eddie Dowling Highway
North Smithfield, RI 02896
(401) 769-4120
Lawmls@aol.com

Thomas R. Kiley
*Pro Hac Vice Counsel*
Cosgrove, Eisenberg and Kiley, P.C.
One International Place, Suite 1820
Boston, Massachusetts 02110
(617) 439-7775
trkiley159@aol.com

## CERTIFICATE OF SERVICE

I, **David B. Fein**, certify that on the 9th day of May, 2008, a copy of the foregoing document and the accompanying Memorandum of Law were filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by email to the following party by operation of the Court's electronic filing system:

- **Stephen G. Dambruch**
  stephen.dambruch@usdoj.gov

- **Daniel A. Petalas**
  Dan.Petalas@usdoj.gov

- **Gerard B. Sullivan**
  gerard.sullivan@usdoj.gov

- **Peter Sprung**
  peter.sprung@usdoj.gov

- **AnnaLou Tirol**
  annalou.tirol2@usdoj.gov