# EXHIBIT C

..................................................................................................

628) Stroz_Discovery_Final\Gateway PC Family Room\C_RESTORE\TEMP_0093339.CPY
at was in the MINORITY. Therefore, I had no influence whatsoever because of my affiliation with the then so-called "Montalbano Faction" as opposed to the faction that was in control with Senator Paul Kelly as the then Majority Leader. So there was absolutely nothing that I could have done to influence legislation and I was contracted by CVS as an independent contractor to do just what the contract stated – nothing to do with legislation. IN ADDITION, and this was brought out to me by Bill Dimitri

at was in the MINORITY. Therefore, I had no influence whatsoever because of my affiliation with the then so-called "Montalbano Faction" as opposed to the faction that was in control with Sena tor Paul Kelly as the then Majority Leader. So there was absolutely nothing that I could have d one to influence legislation and I was contracted by CVS as an independent contractor to do just what the contract stated - nothing to do with legislation.

IN ADDITION, and this was brought out to me by Bill Dimitri, but it is not on his disk - CVS ter minated my contract with them WHILE IS STILL WAS CHAIRMAN OF THE COMMMITTEE AND THERE WAS NOT AP PARENT OR FORSEEN ANTICIPATED MOVE FOR ME TO LEAVE THE CHAIRMANSHIP. What obviously this means is that my chairmanship was not in peril at the time of my termination of the CVS contract yet I was still terminated.

The truth is that CVS requested my work and offered me the contract as an outside independent co ntractor. You have a copy of the contract of which

629) Stroz_Discovery_Final\Gateway PC Family Room\C_RESTORE\TEMP\A0094785.CPY
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••Finished 2/3/4 johnwalters Fw: - The Flag of the United St••••••• )••••r •• ••À ••)•••••••RS••~•••• • •"•!" Yz••p •2/4/24 bvent1@cox.net IDT•••••••••••••••••••••••••••••••••••••••••••••••••• ?F••••| ••& •• ••@ ••••••RS••~•••• •(• •"" ¦ z• p@•2/2/24 william@dimitri

....................................Finished 02/03/04 johnwalters Fw: - The Flag of the United St ..........)....r........À...).......RS·.~.........".!"
··Yz··p··2/4/2004 bvent1@cox.net IDT·················································· ·?F···
·|···&···
···@·······RS··~·····(···""
·|·z··p@·2/2/2004 william@dimitri. Re: Fwd: EC········································· ·?F···
·v·······k···©·······RS··~·········"·R"
·ª®z· ···2/6/2004 info@coolsavings Get a free cell phone--free shipping & free a········ ·?F···
·D·······O···@·······RS··~·········"·!"
·É=z·····2/3/2004 william@dimitri. Re: EC·············································· ·?F···
·z···o·······@·······RS··~······(···""
·É=z···@·2/3/2004 william@dimitri. Re: EC·············································· ·?F···
·····œ···u···©·······RS··~·········".

630) Stroz_Discovery_Final\Gateway PC Family Room\C_RESTORE\TEMP\A0094785.CPY
lag of the United St••••••• )••••r •• ••À ••)•••••••RS••~•••• • •"•!" Yz••p •2/4/24 bvent1@cox.net IDT•••••••••••••••••••••••••••••••••••••••••••••••••• ?F••••| ••& •• ••@ ••••••RS••~•••• •(• •"" ¦ z• p@•2/2/24 william@dimitri. Re: Fwd: EC••••••••••••••••••••••••••••••••••••••••• ?F••••v •• ••k ••© ••••••RS••~•••• • •"•R" ª®z• •2/6/24 info@coolsavings Get a free cell phone--free shipping & free a•••••••• ?F••••D •• ••O ••@ ••••••RS••~•••• • •"•!" É=z• • •2/3/24 william@dimitri

lag of the United St··········)····r·······À···)·······RS··~·········"·!"
··Yz··p··2/4/2004 bvent1@cox.net IDT·················································· ·?F···
·|···&···
···@·······RS··~·····(···""
·|·z··p@·2/2/2004 william@dimitri. Re: Fwd: EC········································· ·?F···
·v·······k···©·······RS··~·········"·R"
·ª®z· ···2/6/2004 info@coolsavings Get a free cell phone--free shipping & free a········ ·?F···
·D·······O···@·······RS··~·········"·!"
·É=z·····2/3/2004 william@dimitri. Re: EC·············································· ·?F···
·z···o·······@·······RS··~······(···""
·É=z···@·2/3/2004 william@dimitri. Re: EC·············································· ·?F···
·····œ···u···©·······RS··~·········"·R"
·ú°z· ···2/6/2004 ardachom@aemail4 Have Medications WELL GET Valium, Xanax Deli········ ·?F···