**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR 07-09-01 (MML) |
| v. | : | |
| | : | May 21, 2008 |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

---------------------------------------------------x

**DEFENDANTS' MOTION FOR A DECLARATION OF**
**MISTRIAL WITH PREJUDICE OR FOR OTHER APPROPRIATE RELIEF**

Defendants John R. Kramer and Carlos Ortiz respectfully submit this Motion for a Declaration of Mistrial With Prejudice or for Other Appropriate Relief. As explained more fully in the accompanying Memorandum, the government elicited material testimony from its principal witness, former Rhode Island State Senator John A. Celona, that the government knew to be false, and the government subsequently failed to correct the falsity of the testimony after it had been delivered. The government elicited Celona's false testimony in bad faith, and with the intent of goading the defendants into seeking a mistrial.

WHEREFORE, the defendants respectfully request that the Court declare a mistrial with prejudice. In the alternative, the defendants respectfully urge that the Court strike Celona's testimony and instruct the jury as requested in the accompanying Memorandum.

Counsel for defendants hereby request oral argument in connection with this motion, and estimate that thirty minutes will be required for oral argument.

Respectfully submitted,

JOHN R. KRAMER,
By his Attorneys,

/s/ Peter DiBiase
Peter DiBiase
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903-3819
(401) 831-5020
attorney_pad@yahoo.com

David B. Fein
Scott D. Corrigan
*Pro Hac Vice Counsel*
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06901
(203) 363-7600
(203) 363-7676 (fax)
dfein@wiggin.com
scorrigan@wiggin.com

CARLOS ORTIZ,

By his Attorneys,

/s/ Mark L. Smith
Mark L. Smith
176 Eddie Dowling Highway
North Smithfield, RI 02896
(401) 769-4120
Lawmls@aol.com

Thomas R. Kiley
*Pro Hac Vice Counsel*
Cosgrove, Eisenberg and Kiley, P.C.
One International Place, Suite 1820
Boston, Massachusetts 02110
(617) 439-7775
trkiley159@aol.com

# CERTIFICATE OF SERVICE

I, **David B. Fein**, certify that on the 21st day of May, 2008, a copy of the foregoing document and the accompanying Memorandum of Law were filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by email to the following party by operation of the Court's electronic filing system:

- **Stephen G. Dambruch**
  stephen.dambruch@usdoj.gov

- **Daniel A. Petalas**
  Dan.Petalas@usdoj.gov

- **Peter Sprung**
  peter.sprung@usdoj.gov

- **AnnaLou Tirol**
  annalou.tirol2@usdoj.gov