THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

```
* * * * * * * * * * * * * * * * C.R. NO. 07-009ML
                              *
UNITED STATES OF AMERICA      *
                              *
    VS.                       *  MAY 21, 2008
                              *  9:00 A.M.
JOHN R. KRAMER and            *
CARLOS ORTIZ                  *
                              *
* * * * * * * * * * * * * * * * PROVIDENCE, RI
```

BEFORE THE HONORABLE MARY M. LISI,

CHIEF JUDGE

(Jury Trial)

A. Yes, sir.
Q. And do you also recall giving Mr. Kramer advice about the CVS Charity Classic golf tournament?
A. Yes.
Q. You gave him advice about the fact that you thought that the Charity Classic golf tournament should be expanded to include women golfers; correct?
A. Yes, definitely. I still do.
Q. And in 2000, you did visit senior complexes to talk about CVS; correct?
A. Not to my recollection, sir.
MR. CORRIGAN: May we have Government Exhibit 348 displayed for the witness.
Q. Sir, this is a document that contains a chain of e-mails between yourself and Mr. Ortiz; correct?
A. Yes. I believe we went over this in the initial testimony.
Q. And you recognize this document; right, sir?
A. Yes, sir.
Q. And do you see that beginning on the first page of this document, you wrote an e-mail dated January 3rd, 2001, at 8:46 p.m.?
A. Yes.
Q. And that e-mail carries over to the second page of this exhibit, does it not?

A. Yes.
Q. And this was an e-mail that you wrote to Mr. Ortiz describing work that you had done for CVS in 2000; correct?
A. Yes.
Q. If you look at the -- on the second page of the document, do you see, if we could display the second page for the jury, there's a sentence beginning "during the year"?
A. Yes.
Q. You wrote there, did you not, sir, that, "During the year," and the year being 2000, "I visited senior housing complexes and senior centers to explain the services provided by CVS and reiterated the prior theme of CVS as today's neighborhood drugstore"? That's what you wrote to Mr. Ortiz; correct?
A. Yes.
Q. You also, sir, are familiar with something called the CVS Extra Care Card?
A. Yes, sir.
Q. And you touted CVS's Extra Care Card, didn't you?
A. I.e.?
Q. Did you go to senior citizens' homes and complexes and talk to them about the CVS Extra Care Card?
A. I don't remember if I specifically did that. I

don't believe so.
Q. Do you recall testifying in the grand jury on May 16th of 2006 that you had gone to senior citizens' homes, high-rises, talking about the delivery programs, they had just come out with the CVS Extra Care Card, to make sure that when they go to CVS that they get that because it saves them money? Do you recall testifying that way in the grand jury, sir?
A. I honestly don't recall that at this point, sir.
MR. CORRIGAN: May we show the witness the grand jury testimony from May 16th, 2006.
Q. Sir, do you recognize that to be the grand jury testimony that you gave on May 16th of 2006?
A. Yes, sir. Yes, sir.
Q. I'd ask you to turn to page 51 of that grand jury testimony, and I direct your attention to line 20, sir. Are you with me on page 51 at line 20? Do you recall, sir, being asked the following questions and giving the following answers while you were under oath in the grand jury?
Question, "You did do some things; correct?"
Answer, "Yes."
Question, "What sort of things did you do?"
Answer, "I had done TV shows on my own concerning the road race charity. I had gone to the

senior citizens' homes, high-rises, talking about the delivery programs, advocating. They had just come out with the CVS Extra Care Card, to make sure that when they go to CVS they get that because it saves them money. It gives them special deals off and things like that. I had gone to the Lions Clubs and things along those nature."

Do you recall, sir, that being your sworn testimony in front of the grand jury on May 16th of 2006?

A. Today, sir, I don't recall that. I do recall mentioning it on the television show with Jack about the Extra Care Card and saying that what a savings it is for the consumers, in particular the seniors. I do recall that.

Q. Sir, but you just read your grand jury testimony from May 16th of 2006; and in that grand jury, under oath, you told the grand jury that as part of your work for CVS, you went to seniors and talked to them about the CVS Extra Care Card; isn't that right?

A. Yes.

Q. And do you recall, sir, that also you spoke to senior citizens about CVS's delivery service?

A. Not specifically. That would -- I'm sorry.

MR. CORRIGAN: May we have Kramer Exhibit -- may

we have Kramer Exhibit N-22 shown to the witness, please.

THE COURT: N?

MR. CORRIGAN: N, as in Nancy.

Q. And if you could turn to page 10 of that document, sir, and I'd ask you to look at the first full paragraph about midway through. And if we could call that out for the witness, please. Sir, have you had a chance to look at that paragraph?

A. No. I'm just looking at it now, sir.

Q. Okay. I'd like to pull out even further for you -- sir, I'd like you to take a look at what's going to be highlighted on your screen right now. Does that refresh your recollection that you told Government agents that you learned about the CVS delivery service from their Web site and informed the senior citizens at the senior centers about that?

A. Yes.

Q. That's what you told the Government agents; correct?

A. If -- I may have told them that. You know, I don't recall it specifically. I remember visiting the Web site in preparation for television shows.

Q. Do you also recall, sir, that you handed out CVS gift cards at a senior event?