UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 07-009-02 ML

CARLOS ORTIZ

VERDICT FORM

1. As to Count 1 of the indictment (conspiracy to commit honest services mail fraud), we, the jury, find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: ____X____

2. As to Count 2 of the indictment, with respect to check number 2165006, mailed on or about January 28, 2002, we, the jury, find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: ____X____

3. As to Count 3 of the indictment, with respect to check number 2197865, mailed on or about March 4, 2002, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: ____X____

4. As to Count 4 of the indictment, with respect to check number 2222998, mailed on or about April 1, 2002, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: ____X____

5. As to Count 5 of the indictment, with respect to check number 2285813, mailed on or about May 30, 2002, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: ____X____

6. As to Count 6 of the indictment, with respect to check number 2295053, mailed on or about June 5, 2002, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

7. As to Count 7 of the indictment, with respect to check number 2314643, mailed on or about June 27, 2002, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

8. As to Count 8 of the indictment, with respect to check number 2344982, mailed on or about July 25, 2002, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

9. As to Count 9 of the indictment, with respect to check number 2387835, mailed on or about September 6, 2002, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

10. As to Count 10 of the indictment, with respect to check number 2405267, mailed on or about September 25, 2002, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

11. As to Count 11 of the indictment, with respect to check number 2441810, mailed on or about October 29, 2002, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

12. As to Count 12 of the indictment, with respect to check number 2482535, mailed on or about December 4, 2002, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

13. As to Count 13 of the indictment, with respect to check number 2490223, mailed on or about December 11, 2002, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

14. As to Count 14 of the indictment, with respect to check number 2539856, mailed on or about January 24, 2003, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

15. As to Count 15 of the indictment, with respect to check number 2569789, mailed on or about February 21, 2003, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

16. As to Count 16 of the indictment, with respect to check number 2605768, mailed on or about March 28, 2003, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

17. As to Count 17 of the indictment, with respect to check number 2632644, mailed on or about April 18, 2003, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

18. As to Count 18 of the indictment, with respect to check number 4014330, mailed on or about May 27, 2003, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

19. As to Count 19 of the indictment, with respect to check number 4039406, mailed on or about June 18, 2003, we, the jury find defendant Carlos Ortiz:

GUILTY: __________ NOT GUILTY: X

20. As to Count 20 of the indictment, with respect to check number 4067660, mailed on or about July 16, 2003, we, the jury find defendant Carlos Ortiz:

GUILTY: ________ NOT GUILTY: X

21. As to Count 21 of the indictment, with respect to check number 4114810, mailed on or about August 29, 2003, we, the jury find defendant Carlos Ortiz:

GUILTY: ________ NOT GUILTY: X

22. As to Count 22 of the indictment, with respect to check number 4133606, mailed on or about September 17, 2003, we, the jury find defendant Carlos Ortiz:

GUILTY: ________ NOT GUILTY: X

23. As to Count 23 of the indictment (federal program bribery), we, the jury, find defendant Carlos Ortiz:

GUILTY: ________ NOT GUILTY: X

[redacted]
Foreperson's Signature

May 30, 2008
Date