AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

CARLOS ORTIZ

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: **1:07CR00009-02ML**

The defendant, CARLOS ORTIZ, was found not guilty as to Counts I through XXIII of the Superseding Indictment, pursuant to the jury verdict published on May 30, 2008.

IT IS ORDERED that this defendant is acquitted and discharged as to said counts.

Mary M. Lisi

MARY M. LISI
Chief U.S. District Judge

Date: **May 30, 2008**