UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 07-009-01/02ML

JOHN R. KRAMER and CARLOS ORTIZ

Exhibits Receipt

Defendants' Exhibits re: May 12-30, 2008 Jury Trial

SEE attached exhibits list.

Deputy Clerk

Received by: [signature]

Date: June 10 08