AO 435 (Rev. 03/08)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

RECEIVED JUN 13 2008 U.S. District Court of Rhode Island

| | | |
|---|---|---|
| 1. NAME Dulce Donovan, AUSA | 2. PHONE NUMBER 401-709-5000 | 3. DATE 6-12-2008 |
| 4. MAILING ADDRESS 50 Kennedy Plaza | 5. CITY Providence | 6. STATE RI / 7. ZIP CODE 02903 |
| 8. CASE NUMBER 07-09 ML / 9. JUDGE C.J. Lisi | DATES OF PROCEEDINGS: 10. FROM 4-15-08 | 11. TO 4-15-08 |
| 12. CASE NAME US v. Kramer, ET ALS | LOCATION OF PROCEEDINGS: 13. CITY | 14. STATE |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) | 4-15-08 |
| [ ] CLOSING ARGUMENT (Defendant) | | Hearing Motion to | Dismiss |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| 18. SIGNATURE [signature] | ESTIMATE TOTAL 0.00 |
| 19. DATE 6/13/08 | PROCESSED BY |
| TRANSCRIPT TO BE PREPARED BY | PHONE NUMBER |
| | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY